IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BRUCKNER TRUCK SALES, INC.,

        Plaintiff,

v.

ISABEL GUZMAN, *et al.*,

        Defendants.

2:23-CV-097-Z

### JUDGMENT

By virtue of this Court's memorandum opinion and order (ECF No. 36), this case should be and hereby is **DISMISSED**.

    **SO ORDERED**.

December 12, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE